IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAUL'S DAIRY DISTRIBUTOR, INC., <br><br> Defendant. | No. C 10-02938 WHA <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

The undersigned has reviewed the report and recommendation of Magistrate Judge Joseph Spero and agrees that default judgment should be granted for plaintiff in the amount of his recommendation for the reasons stated in the report (Dkt. No. 25). No objection was received in response to the report. This order therefore **ADOPTS** in full the report and recommendation of Judge Spero. For the reasons stated therein, default judgment shall be separately entered for plaintiff in the amount of $39,709.04, consisting of the following amounts: 1) $31,684.95 in unpaid contributions; 2) $6,336.99 in liquidated damages; 3) $542.10 in interest; 4) $720.00 in attorney's fees; and 5) $425.00 in costs.

**IT IS SO ORDERED.**

Dated: February 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE