**EJ-130**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number and address):* | *FOR COURT USE ONLY* |
|---|---|
| Catherine E. Arostegui, SBN 118756<br>BEESON, TAYER & BODINE, APC<br>520 Capitol Mall, Suite 300<br>Sacramento, CA 95814<br>TELEPHONE NO.: 916-325-2100    FAX NO. *(Optional):* 916-325-2120<br>E-MAIL ADDRESS *(Optional):* CArostegui@beesontayer.com<br>ATTORNEY FOR *(Name):* Northwest Administrators, Inc.<br>[✔] ATTORNEY FOR  [✔] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF |
|---|
| STREET ADDRESS: U.S. District Court, Northern District of California<br>MAILING ADDRESS: 450 Golden Gate Avenue<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: San Francisco Courthouse |

| PLAINTIFF: Northwest Administrators, Inc. |
|---|
| DEFENDANT: Paul's Dairy Distributor, Inc. |

| **WRIT OF** | [✔] EXECUTION (Money Judgment)<br>[ ] POSSESSION OF  [ ] Personal Property<br>[ ]               [ ] Real Property<br>[ ] SALE | CASE NUMBER:<br>C 10-02938 WHA |
|---|---|---|

1. **To the Sheriff or Marshal of the County of:** San Mateo

   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* Northwest Administrators, Inc.

   is the [✔] judgment creditor  [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name and last known address):*

   ┌─────────────────────────────┐
   Paul's Dairy Distributor, Inc.
   816 Howe Street
   San Mateo, CA 94401
   └─────────────────────────────┘

   [ ] Additional judgment debtors on next page

5. **Judgment entered on** *(date):*
   February 28, 2011

6. [ ] **Judgment renewed on** *(dates):*

7. **Notice of sale** under this writ
   a. [✔] has not been requested.
   b. [ ] has been requested *(see next page).*

8. [ ] Joint debtor information on next page.

   [SEAL]

9. [ ] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment . . . . . . . . . . . . . . . . . . $ 39,709.04
12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . . . . . $ ~~370.00~~  10.00
13. Subtotal *(add 11 and 12)* . . . . . . . . . $ ~~40,079.04~~ 39,719.04
14. Credits . . . . . . . . . . . . . . . . . . . $ 0
15. Subtotal *(subtract 14 from 13)* . . . . . . $ ~~40,079.04~~ 39,719.04
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees). . . $ 30.74
17. Fee for issuance of writ . . . . . . . . . . . . $ 0
18. **Total** *(add 15, 16, and 17)* . . . . . . . . . . $ ~~40,109.78~~ 39,749.78
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of. . . . . . $ 0.29
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3; CCP 699.520(i)) . . . . . . . . . . . . . $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

Issued on *(date):* 06/17/2011

RICHARD W. WIEKING
Clerk, by   WILLIAM NOBLE   , Deputy

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Form Approved for Optional Use<br>Judicial Council of California<br>EJ-130 [Rev. January 1, 2006]

**WRIT OF EXECUTION**

Code of Civil Procedure, §§ 699.520, 712.010,<br>Government Code, § 6103.5<br>www.courtinfo.ca.gov